**Fill in this information to identify the case:**

Debtor 1 VERNON RENNER FISCHER

Debtor 2 LYNNE R. SCHMEHL-FISCHER
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE District of PA
(State)

Case number 1:21-BK-02347-HWV

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** PNC BANK

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 5 4 7 1

**Property address:**

403 POPLAR STREET
Number Street

RICHLAND PA 17087
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: ______________ (web address).

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 118,016.74 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 596.52 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ ________ |
| d. Total amount of arrearages disbursed by the trustee: | $ 596.52 |

## Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: ____________________________________________

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ __________

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _______________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ __________

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/Donna Schott, Funds Manager
Signature

Date 8 / 28 / 2026

Trustee Jack (First Name) N (Middle Name) Zaharopoulos (Last Name)

Address 8125 Adams Drive, Suite A (Number Street)

Hummelstown (City) PA (State) 17036 (ZIP Code)

Contact phone (717) 566 – 6097

Email info@pamd13trustee.com

## Case Overview

**Case No. 1:21-BK-02347-HWV**
**CLOSED**

VERNON RENNER FISCHER
LYNNE R. SCHMEHL-FISCHER

Friday, August 28, 2026
9:47 am
User: dschott

**DISBURSEMENT HISTORY**

| DATE | CODE | DESCRIPTION | CREDITOR # | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|
| **PNC BANK** | | **Claim Number 520** | | | |
| Mar 14, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2034668 | 33.83 |
| Apr 17, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2035630 | 38.69 |
| May 22, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2036635 | 38.70 |
| Jun 18, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2037537 | 38.69 |
| Jul 10, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2038359 | 38.70 |
| Aug 07, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2039239 | 38.70 |
| Sep 17, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2040258 | 38.69 |
| Oct 23, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2041254 | 77.39 |
| Dec 17, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2043161 | 38.70 |
| Jan 15, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2044105 | 38.70 |
| Feb 19, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2045059 | 38.69 |
| Mar 18, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2046000 | 38.70 |
| Apr 14, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2046891 | 38.69 |
| May 14, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2047832 | 38.70 |
| Jun 17, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2048803 | 20.95 |
| **TOTAL FOR PNC BANK** | | | | | **596.52** |
| | | | **DISBURSEMENT TOTAL** | | **596.52** |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE<br>VERNON RENNER FISCHER<br>LYNNE R. SCHMEHL-FISCHER<br>Debtor | : | |
| | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS,<br>CHAPTER 13 TRUSTEE,<br>Movant | : | |
| vs. | : | CASE NO. 1:21-BK-02347-HWV |
| VERNON RENNER FISCHER<br>LYNNE R. SCHMEHL-FISCHER<br>Respondent | : | |

**CERTIFICATE OF SERVICE**

AND NOW, this 27th day of August 2026, I hereby certify that I have served the foregoing by electronically notifying parties or by depositing a true and correct copy of the same in the United States mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

***VIA ELECTRONIC MAIL SERVICE ONLY***

Office of The United States Trustee
Sylvia H. Rambo United States Courthouse
1501 North 6th Street
Harrisburg, PA 17102

PNC Bank, NA
Attn: Bankruptcy
3232 Newmark Drive
Miamisburg, OH 45342

Gary J. Imblum, Esquire
4615 Derry St
Harrisburg PA 17111

***VIA FIRST-CLASS U.S.P.S. MAIL ONLY***

Vernon Renner Fischer
Lynne R. Schmehl-Fischer
403 Poplar Street
Richland, PA  17087

PNC Bank, NA
Attn: Bankruptcy
3232 Newmark Drive
Miamisburg, OH  45342

/s/ Donna Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee