**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Lynne Fischer**<br>**Vernon Renner Fischer dba VRF Architect**<br>**Lynne R. Schmehl-Fischer**<br>**Debtor(s)** | **BK NO. 21-02347**<br><br>**Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PNC Bank National association and index same on the master mailing list.

Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
04 Sep 2026, 10:11:36, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322