**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE: Lynne Fischer**
**Vernon Renner Fischer dba VRF Architect**
**Lynne R. Schmehl-Fischer**
**Debtor(s)**

**BK NO. 21-02347**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PNC Bank National association and index same on the master mailing list.

Respectfully submitted,

/s/Matthew Fissel
Matthew Fissel
04 Sep 2026, 10:11:36, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322