United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 21-02347-HWV
Vernon Renner Fischer Chapter 13
Lynne R. Schmehl-Fischer
Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: AutoDocke 
Date Rcvd: Sep 03, 2026 Form ID: 3180W Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vernon Renner Fischer, Lynne R. Schmehl-Fischer, 403 Poplar Street, Richland, PA 17087-9727 |
| cr | + | TIAA, FSB, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 5443683 | + | Customer Support, 4343 South 118th E. Avenue, Suite 220, Tulsa, OK 74146-4405 |
| 5443685 | + | Lancaster General Health, PO Box 824809, Philadelphia, PA 19182-4809 |
| 5443686 | + | Lebanon County Tax Claim Bureau, Room 103, Municipal Building, 400 South 8th Street, Lebanon, PA 17042-6794 |
| 5443687 | + | Lebanon Federal Credit Union, 300 Schneider Drive, Lebanon, PA 17046-4877 |
| 5443688 | + | Loancare/TIAA Bank, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5443689 | + | Option 1 Legal/Gardner Legal, LLC, 10440 LLttle Patuxent Parkway, Suite 300, Columbia, MD 21044-3648 |
| 5443691 | + | Surgical Institute of Reading, PO Box 9031, Lancaster, PA 17604-9031 |
| 5443693 | + | Truist Financial Corporation, Weltman, Weinberg & Reis Co., LPA, 170 S. Independence Mall W Ste. 874, Philadelphia, PA 19106-3323 |
| 5443694 | + | WellSpan Good Samaritan Hospital, 252 South Fourth Street, Lebanon, PA 17042-6123 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Sep 03 2026 22:52:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5443678 | + | Email/Text: bankruptcy@bbandt.com | Sep 03 2026 18:55:00 | BB&T Recovery, Attn: Bankruptcy, PO Box 1847, Wilson, NC 27894-1847 |
| 5443679 | + | Email/Text: bankruptcy@bbandt.com | Sep 03 2026 18:55:00 | BB&T/Truist, Attn: Bankruptcy, PO Box 1847, Wilson, NC 27894-1847 |
| 5443680 | + | EDI: CAPITALONE.COM | Sep 03 2026 22:52:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5450800 | | EDI: CAPITALONE.COM | Sep 03 2026 22:52:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5443681 | | EDI: WFNNB.COM | Sep 03 2026 22:52:00 | Comenity - My BJ's Perks Mastercard, PO Box 659834, San Antonio, TX 78265 |
| 5443682 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 03 2026 18:59:50 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5443684 | + | EDI: HFC.COM | Sep 03 2026 22:52:00 | Hsbc Bank, Attn: Bankruptcy, PO Box 2013, Buffalo, NY 14240-2013 |
| 5443676 | | EDI: IRS.COM | Sep 03 2026 22:52:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5543646 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 03 2026 18:59:50 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543647 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 03 2026 18:59:50 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, |

| | | | | |
|---|---|---|---|---|
| | | | | Greenville, SC 29603-0587 |
| 5453276 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 03 2026 18:59:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5452510 | ^ | MEBN | Sep 03 2026 18:51:30 | Lancaster Gen Hospital, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5443677 | | EDI: PENNDEPTREV | Sep 03 2026 22:52:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5466379 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 03 2026 18:55:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5466380 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 03 2026 18:55:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342, PNC Bank, National Association, Attn: Bankruptcy |
| 5446857 | | EDI: Q3G.COM | Sep 03 2026 22:52:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5443690 | + | Email/Text: bankruptcy@bbandt.com | Sep 03 2026 18:56:00 | Sheffield Financial/ Branch B & T, Attn: Bankruptcy, PO Box 580229, Charlotte, NC 28258-0229 |
| 5443692 | + | EDI: SYNC | Sep 03 2026 22:52:00 | Syncb/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5443900 | + | EDI: PRA.COM | Sep 03 2026 22:52:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5454490 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 03 2026 18:55:00 | TIAA, FSB, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5444360 | + | Email/Text: RASEBN@raslg.com | Sep 03 2026 18:55:00 | TIAA, FSB, c/o Robertson, Anschutz, Schneid,, Crane & Partners, LLP, 10700 Abbotts Bridge Rd, Suite 170, Duluth, GA 30097-8461 |
| 5454807 | + | Email/Text: bankruptcy@bbandt.com | Sep 03 2026 18:55:00 | TRUIST, P O BOX 1847, WILSON NC 27894-1847 |
| 5443695 | + | Email/Text: bankruptcynotification@wellspan.org | Sep 03 2026 18:55:00 | Wellspan Health, PO Box 645734, Cincinnati, OH 45264-5734 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5453867 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5444361 | *+ | TIAA, FSB, c/o Robertson, Anschutz, Schneid,, Crane & Partners, LLP, 10700 Abbotts Bridge Rd, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor TIAA FSB bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Gary J Imblum | on behalf of Debtor 2 Lynne R. Schmehl-Fischer gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 1 Vernon Renner Fischer gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Vernon Renner Fischer<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–8381 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Lynne R. Schmehl–Fischer<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–8592 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 1:21–bk–02347–HWV | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Vernon Renner Fischer
dba VRF Architect

Lynne R. Schmehl–Fischer

9/3/26

**By the court:**

Henry W. Van Eck, Chief Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

For more information, see page 2>

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**